STATE CORPORATION COMMISSION OF KANSAS
ET AL. *v.* ARROW TRANSPORTATION CO. ET AL.

No. 526.   Decided January 18, 1960.*

*Byron M. Gray* for appellants in No. 526.

*R. W. Henriott* and *M. L. Cassell* for appellants in No. 527.

*Robert W. Ginnane* and *Isaac K. Hay* for appellant in No. 528.

*MacDonald Gallion,* Attorney General of Alabama, *George F. McCanless,* Attorney General of Tennessee, *Donald Macleay, George Shuff, John A. Caddell* and *Charles J. McCarthy* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

---

*Together with No. 527, *Alabama Great Southern Railroad Co. et al.* v. *Arrow Transportation Co. et al.,* and No. 528, *Interstate Commerce Commission* v. *Arrow Transportation Co. et al.,* also on appeals from the same Court.